UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE RIPPLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,<br><br>　　　　Defendant. | Case No. 1:22-cv-1102-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(ECF No. 7) |

　　　　Plaintiff Lorraine Ripple ("Plaintiff"), a state prisoner proceeding *pro se*, filed a motion for a preliminary injunction on October 18, 2022. (ECF No. 7.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 1, 2022, the Magistrate Judge issued findings and recommendations, which were served on Plaintiff and contained notice that objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10.) Plaintiff filed objections on January 5, 2023, but they are unrelated to the findings and recommendations. (ECF No. 16.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly,

1. The findings and recommendations, filed on November 1, 2022, (ECF No. 10), is adopted in full; and

2. Plaintiff's motion for a preliminary injunction, (ECF No. 7), is DENIED.

IT IS SO ORDERED.

Dated:   February 17, 2023

UNITED STATES DISTRICT JUDGE

2