UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE RIPPLE,<br><br>              Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>              Defendant. | Case No.  1:22-cv-01102-ADA-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 24)<br><br>JULY 10, 2023, DEADLINE |

Pending before the Court is Plaintiff Lorraine Ripple's motion for extension of time, filed on May 31, 2023. (Doc. No. 24). Plaintiff, a state prisoner, requests a sixty-day extension of time to file objections to the undersigned's May 17, 2023 Amended Findings and Recommendations because her yard has been subject to a lockdown and she has had no law library access, no access to an "enlarger machine" and she is visually impaired. (*Id*. at 1-2). Plaintiff notes that Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the existing deadline. Plaintiff filed her motion before the current deadline passed and the Court finds good cause to warrant an extension of time but finds a sixty-day extension of time excessive.

Accordingly, it is **ORDERED**:

Plaintiff's motion for extension of time (Doc. No. 24) is GRANTED to the extent that

Plaintiff shall deliver her objections to the undersigned's May 17, 2023 Amended Findings and Recommendations to correctional officials for mailing **no later than July 10, 2023**. If Plaintiff fails to timely comply with this order or seek a further extension of time to comply, the May 17, 2023 Amended Findings and Recommendations will be deemed submitted for consideration by the district court without opposition by Plaintiff.

Dated:    June 6, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE